

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2014

No. 04-14-00584-CV

**IN RE EL CABALLERO RANCH, INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

On August 13, 2014, relator filed a petition for writ of mandamus and a motion for emergency relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court no later than August 27, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for temporary emergency relief is GRANTED. Any enforcement of the trial court's August 4, 2014 First Amended Order Granting Traditional and No-Evidence Motion for Summary Judgment of Grace River Ranch, LLC is TEMPORARILY STAYED until further order of this court.

It is so **ORDERED** on August 13th, 2014.                PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court



---

[1] This proceeding arises out of Cause No. 13-04-00108-CVL, styled *Grace River Ranch, LLC v. El Caballero Ranch, Inc. a/k/a El Caballero, LLC and Laredo Marine, LLC v. Robert W. Brittingham*, pending in the 218th Judicial District Court, La Salle County, Texas, the Honorable Stella Saxon presiding.